# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Eastern District of California**

U.S. District Court case number: **2:18-cv-03071-WBS-KJN**

Date case was first filed in U.S. District Court: **11/27/2018**

Date of judgment or order you are appealing: **09/25/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Portfolio Recovery Associates, LLC

Is this a cross-appeal? ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

11682 El Camino Real

Suite 400

City: San Diego   State: CA   Zip Code: 92130

Prisoner Inmate or A Number (if applicable):

**Signature** *Jessica R. Polin*   **Date** 10/01/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Portfolio Recovery Associates, LLC

Name(s) of counsel (if any):

> Jessica R. Lohr
> Troutman Sanders, LLP

Address: 11682 El Camino Real, Suite 400, San Diego CA

Telephone number(s): (858) 509-6000

Email(s): jessica.lohr@troutman.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Pam Lamkin

Name(s) of counsel (if any):

> Chris R. Miltenberger
> Law Office of Chris R. Miltenberger, PLLC

Address: 1360 N. White Chapel, Suite 200, Southlake, TX 76092

Telephone number(s): (817) 416-5060

Email(s): chris@crmlawpractice.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Form 6 | *1* | New 12/01/2018 |

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Portfolio Recovery Associates

Name(s) of counsel (if any):

James K. Trefil

Address: 1001 Haxall Point, Richmond, VA 23218

Telephone number(s): (804) 697-1864

Email(s): james.trefil@troutman.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Pam Lamkin

Name(s) of counsel (if any):

Jonathan Aaron Stieglitz

Address: 11845 W. Olympic Blvd., Suite 800, Los Angeles, CA 90064

Telephone number(s): (323) 979-2063

Email(s): jonathan.a.stieglitz

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6          2          New 12/01/2018