TROUTMAN SANDERS LLP
Jessica R. Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040
*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAM LAMKIN,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 2:18-cv-03071-WBS-KJN<br><br>**STIPULATION TO STAY EXECUTION OF JUDGMENT AND APPROVE SUPERSEDEAS BOND AND** ~~**PROPOSED**~~ **ORDER**<br><br>Judge: Hon. William B. Shubb<br>Complaint filed: November 27, 2018 |

**STIPULATION TO STAY EXECUTION OF JUDGMENT AND APPROVE SUPERSEDEAS BOND**

Pursuant to Fed. R. Civ. P. 62(b) and Local Rule 143, Plaintiff Pam Lamkin ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("PRA") (collectively, the "Parties") hereby stipulate that the execution of the Judgment entered in this case be stayed and that the bond obtained by PRA should be approved.

Rule 62 provides that "[a]t any time after judgment is entered, a party may obtain a stay by providing a bond or other security." Fed. R. Civ. P. 62(b). "Under this rule, [PRA] could receive the stay 'as a matter of right by posting a supersedeas bond acceptable to the court.'" *Nat'l Grange of the Order of Patrons of Husbandry v. Cal. Guild*, No. 2:14-cv-676-WSB-DB, 2019 U.S. Dist. LEXIS 77185, at *6 (E.D. Cal. May 7, 2019); *citing Matter of Combined Metals Reduction Co.*, 557 F.2d 179, 193 (9th Cir. 1977). Under Local Rule 151(d), "a supersedeas bond shall be 125 percent of the amount of the judgment unless the Court otherwise orders."

On September 25, 2019, the Court entered an order granting summary judgment in favor of Plaintiff in the amount of $298,500. (Dkt. No. 29). On September 30, 2019, the Court ordered "that judgment is hereby entered in accordance with the Court's order filed on September 25, 2019." (Dkt. No. 31.) On October 1, 2019, PRA filed a Notice of Appeal of the Court's judgment. (Dkt. No. 32.) To stay execution of the judgment pending the appeal, PRA has obtained the attached supersedeas bond from Crum & Forster, underwritten by United States Fire Insurance Company, in the amount of $373,125.00, which is 125% of the amount of the judgment entered by the Court. A copy of that bond is attached hereto as **Exhibit A**.

WHEREFORE, the Parties respectfully request that the Court endorse this stipulation and order that the execution of the Judgment be stayed and the supersedeas bond be approved.

The Parties stipulate and agree that this Stipulation to Stay Execution of the Judgment is without prejudice to Plaintiff's Motion to Amend the Judgment (Dkt. No. 36).

STIPULATION TO STAY EXECUTION OF JUDGMENT AND APPROVE SUPERSEDEAS BOND

**WE ASK FOR THIS:**

By: */s/ Christopher R. Miltenberger*
    Christopher R. Miltenberger
    The Law Office of Chris R. Miltenberger, PLLC
    TX Bar No. 14171200
    1340 N. White Chapel
    Suite 100
    Southlake, Texas 76092
    T: 817-416-5060 | F: 817-416-5062
    Email: chris@crmlawpractice.com

    Jonathan A. Stieglitz
    Nelson Hardiman LLP
    1100 Glendon Avenue 14th Floor
    Los Angeles, CA 90024
    Telephone: (310) 203-2727
    Facsimile: (310) 203-2727
    E-Mail: jonathan.a.stieglitz@gmail.com

*Counsel for Plaintiff Pam Lamkin*

By: */s/ Jessica R. Lohr*
    Jessica R. Lohr
    Troutman Sanders LLP
    jessica.lohr@troutman.com
    11682 El Camino Real, Suite 400
    San Diego, CA 92130
    Telephone: (858) 509-6000
    Facsimile: (858) 509-6040

*Counsel for Portfolio Recovery Associates, LLC*

## ORDER

It is hereby ORDERED that execution of the Court's Judgment entered on September 30, 2019 (Dkt. No. 31) is hereby STAYED pending resolution of the appeal of that Judgment.

Further, it is hereby ORDERED that the supersedeas bond obtained by PRA in the amount of $373,125.00, attached to the stipulation as Exhibit A, is hereby APPROVED.

**IT IS SO ORDERED.**

Dated: October 29, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE