UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAM LAMKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-03071 WBS KJN<br><br><br>ORDER |

----oo0oo----

This court granted plaintiff's motion for summary judgment on September 25, 2019, (Docket No. 29) and judgment was entered against defendant on September 30, 2019. (Docket No. 31.) Defendant filed a notice of appeal on October 1, 2019, (Docket No. 32), and plaintiff's attempt to amend the court's judgment was denied on November 14, 2019. (Docket No. 45.) Subsequently, plaintiff submitted a Bill of Costs pursuant to Local Rule 292(b) on November 19, 2019. (Docket No. 46.) Plaintiff claims costs of $782.70 for printed and electronic

1

recorded transcripts and court fees. (Id.) Defendant has not objected to the costs pursuant to Local Rule 292(c).

Federal Rule of Civil Procedure 54(d)(1) governs the taxation of costs and provides that "costs--other than attorney's fees--should be allowed to the prevailing party." Fed. R. Civ. P. 54(d)(1). "Rule 54(d) creates a presumption in favor of awarding costs to prevailing parties, and it is incumbent upon the losing party to demonstrate why the costs should not be awarded." Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079 (9th Cir. 1999). "If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing . . . a new period for filing after the appeal has been resolved." Fed. R. Civ. P. 54 Advisory Committee Note (1993). After reviewing plaintiff's Bill of Costs and in light of the fact that defendant has not objected, the court finds that plaintiff's claimed costs of $782.70 are reasonable and may be awarded.

Accordingly, costs of $782.70 will be taxed to the plaintiff.

IT IS SO ORDERED.

Dated: December 3, 2019

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE