UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAM LAMKIN,<br><br>        Plaintiff,<br><br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | No. 2:18-cv-03071 WBS KJN<br><br><br><br>ORDER |

----oo0oo----

The Ninth Circuit recently vacated this court's grant of summary judgment for plaintiff and remanded for further proceedings in light of Facebook, Inc. v. Duguid, 141 S. Ct. 1163 (2021). (Docket Nos. 48, 49.) A status conference is hereby set for October 25, 2021 at 1:30 p.m. in Courtroom 5. The parties shall file a joint status report by October 12, 2021.

IT IS SO ORDERED.

Dated: September 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1